# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MONDRIC BRADLEY,**                                                      **PLAINTIFF**

**V.**                       **NO. 4:96CV280-P-D**

**S.W. PUCKETT, et al.,**                      **DEFENDANTS**

## ORDER MOOTING MOTION

On September 5, 1996, Plaintiff as an inmate proceeding *pro se* filed a complaint pursuant to 42 U.S.C. § 1983. His complaint was dismissed for failure to state a claim on January 30, 1998. After the case was remanded on appeal, in February 2002, a jury trial was held and resulted in a verdict for the Defendant. The Plaintiff appealed the jury's verdict and the Court of Appeals dismissed the matter for want of prosecution on July 25, 2002. Since that time no significant action has taken place in this case.

Petitioner recently, however, filed a self-styled "motion to dismiss and for civil contempt." The barely legible motion appears to ask that "any newly discovered evidence be stricken and considered moot." Given that this case is closed and has been for quite some time, and there has been no substantive activity in the case since 2002, the Plaintiff's motion is not logically connected to any events. Therefore, the motion (docket entry 96) is denied as MOOT.

**SO ORDERED**, this the 23rd day of January , 2007.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE